# Exhibit A

STATE OF NEW MEXICO
SANTA FE COUNTY MAGISTRATE COURT IN SANTA FE

GLENN D. SEELEY, Plaintiff
v
JPMorgan Chase Holdings, LLC, Defendant
CT Corp System, Address
206 S. Coronado Ave., City,State,Zip
Espanola, NM 87532

FILED IN
SEP 11 2017
SANTA FE COUNTY
MAGISTRATE COURT

No. M-49-CV-2017-00995

**CIVIL COMPLAINT**

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ 1891.60 and also claims interest and court costs. Plaintiff claims from Defendant personal property of the value of $_____, which is described as follows:_____

3. Plaintiff's claim arises from the following event or transaction:
   See attached.

4. Trial by jury is (not) demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

Dated: 9/11/17

Signed
GLENN D. SEELEY   Name (print)
113 Paseo Del Conejo   Mailing Address (print)
Santa Fe, NM 87506   City, state and zip code (print)
614-537-7620   Telephone number

Distribution   1 copy - Court   1 copy - Defendant   1 copy – Plaintiff   [Approved, September 30, 1994; as amended, effective January 1, 1995.]   Civil Form 4-201

Court Information:
Santa Fe County Magistrate Court  2056 Galisteo St., P.O. Box 5138
Santa Fe NM 87502 phone 505-984-9914   (fax) 505-986-5866   web site: www.nmcourts.com

## *Glenn D. Seeley vs. JPMorgan Chase Holdings, LLC*

### Count I: Wrongful Failure to Timely Process Stock Sale Order

On August 31, 2017, JPMorgan Chase Holdings, LLC ("JPM") failed to execute a sale order of 266 shares of JPM stock from my JPM managed investment account at the price of $91.85 per share. The stated reason for the refusal was that, as an employee of JPM, I was required to obtain pre-clearance to trade JPM stock. At the time of the sale order, I had been retired from JPM for two full months; NO pre-clearance was required, as I was no longer an employee. After much wrangling, the sale order was finally processed on September 5, 2017, but at the then current price of $89.25, representing a loss of $2.60 per share. Demands to JPM to honor the original sale order price of $91.85 have been refused. The refusal of JPM to pay the stock price difference represents an unlawful breach of contract, custodial negligence, custodial misconduct and breach of fiduciary duty.

My damage under Count I is **$691.60**.

### Count II: Unlawful Conversion of Health Spending Account Funds.

As a JPM employee, as of June 30, 2017, I had paid $1200 into an employee health spending account ("HSA") managed and controlled by JPM. JPM has wrongfully denied my claim to be reimbursed from that HSA for medical expenses incurred by me, claiming that when I retired on June 30, 2017 I was no longer eligible to be reimbursed from my HSA which had been funded with money that I had paid. The refusal by JPM to pay the reimbursement request from my HSA represents an unlawful conversion of funds, breach of contract, failure to account and fraud.

My damage under Count II is **$1200**.