# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| GLENN D. SEELEY, ) | |
| ) | Civ. No. 17-1023 LF/GJF |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| J.P. MORGAN CHASE HOLDINGS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Having read the Parties' Stipulation of Dismissal and considered the issues raised therein,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: February 15, 2018

_____
LAURA FASHING
U.S. MAGISTRATE JUDGE
PRESIDING BY CONSENT